U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 6 2007

ROBERT H. SHEMWELL, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Cr. No. 07-10023-01 |
| | * | |
| | * | 18 U.S.C. §111 |
| VERSUS | * | (Assault of Government Employee) |
| | * | |
| | * | JUDGE DRELL |
| SHANE McMILLAN | * | MAGISTRATE JUDGE KIRK |

## INDICTMENT

On or about October 24, 2006, in the Western District of Louisiana, the defendant, SHANE McMILLAN, did forcibly assault, resist, oppose, impede, intimidate, and interfere with J. B., a corrections officer at the United States Penitentiary in Pollock, Louisiana, while J. B. was engaged in his official duties, and did cause bodily injury to J. B., in violation of Title 18, United States Code, Section 111. [18 U.S.C. § 111].

A TRUE BILL:

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

*[signature]*

EARL M. CAMPBELL, Bar ID#25957
Assistant United States Attorney
300 Fannin Street
Shreveport, Louisiana 71101
318.676.3600